UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00139-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| ) | |
| ANTONIO MARCIAL NAVARETTE, ) | |
| Defendant ) | |

This matter comes before the court on defense counsel's 27 June 2010 motion to withdraw defendant's 3 June 2010 *pro se* motion to change his plea and for new counsel. The court understands from the attachment to the instant motion that defendant does not want to change his plea or counsel. The motion to withdraw is ALLOWED. The Clerk is DIRECTED to remove the *pro se* motion from the hearing calendar.

This 29 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge